```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07080
   JOE M FISH
   MARIA C FISH                              CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-4900     SSN XXX-XX-5506
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/19/07 .

2. The case was dismissed without confirmation, 09/06/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, GARY L SHILTS          , was allowed $     .00 and was paid $     .00 .

The Trustee received $     .00 .

Refunds to the Debtor totaled $     .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/19/07             /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 07 B 07080 JOE M FISH & MARIA C FISH
```